JS-6

cc: order, docket, remand letter to
Los Angeles Superior Court, No. BC 489061

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD E. COHEN,<br><br>    Plaintiff,<br><br>    v.<br><br>CHARTER COMMUNICATIONS, INC., PHONE NET, INC.,<br><br>    Defendants. | CASE NO. 2:13-cv-01004-DDP-AJW<br><br>**ORDER ON STIPULATION OF REMAND TO STATE COURT** |

    Pursuant to the parties' stipulation and to the "local controversy" exception embodied at 28 U.S.C. section 1332(d)(4), this matter shall be remanded to the Superior Court of California in and for the County of Los Angeles.  Further, pursuant to the parties' stipulation, no response to plaintiff's first amended complaint was due in this Court pending this order of remand.

    **IT IS SO ORDERED.**

Dated: February 28, 2013

                                             Hon. Dean D. Pregerson
                                             United States Judge